No. 84–193.   WOLFSON v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 84–210.   McDONALD v. BRANIFF AIRWAYS, INC., ET AL. C. A. 5th Cir.   Certiorari denied.

No. 84–217.   INTERMOUNTAIN RURAL ELECTRIC ASSN. v. NATIONAL LABOR RELATIONS BOARD.   C. A. 10th Cir.   Certiorari denied.

No. 84–225.   MALIZIA v. NEW YORK.   Ct. App. N. Y.   Certiorari denied.

No. 84–270.   GHIDONI v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 84–273.   RIDGE ET AL. v. PENNSYLVANIA STATE EMPLOYEES' RETIREMENT BOARD ET AL.   Sup. Ct. Pa.   Certiorari denied.

No. 84–281.   SCHULIST FARMS, INC., ET AL. v. ITT CONSUMER FINANCE CORP. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 84–314.   GIGLIO v. DUNN ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 84–317.   WRIGHT v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 84–330.   GAYNOR-STAFFORD INDUSTRIES, INC. v. WATER POLLUTION CONTROL AUTHORITY OF THE TOWN OF STAFFORD ET AL.   Sup. Ct. Conn.   Certiorari denied.

No. 84–334.   PEAT, MARWICK, MITCHELL & CO. v. MOSESIAN. C. A. 9th Cir.   Certiorari denied.

No. 84–341.   ROSENFELD v. COHN ET AL.   C. A. 9th Cir. Certiorari denied.

No. 84–343.   GABRIEL v. INTERSTATE COMMERCE COMMISSION ET AL.   C. A. 3d Cir.   Certiorari denied.